## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**ALFRED LEE MAULDIN**                                                      **PETITIONER**
**Reg #14877-075**

**v.**                          **CASE NO. 2:10cv00136 BSM/BD**

**T.C. OUTLAW, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                          **RESPONDENT**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

In the statement of facts accompanying his objections, petitioner Alfred Lee Mauldin ("Mauldin") submits evidence he maintains supports the assertion that relief under § 2255 is inadequate. As the recommended disposition states, however, Mauldin currently has a motion to vacate under § 2255 pending in the United States District Court for the Middle District of Tennessee, Case No. 1:08cv00038. He therefore cannot establish that relief under § 2255 is inadequate.

Accordingly, Mauldin's petition for Writ of Habeas Corpus [Doc. No. 1] is DISMISSED without prejudice.

IT IS SO ORDERED this 27th day of October, 2010.

UNITED STATES DISTRICT JUDGE