# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**ALFRED LEE MAULDIN**                                                    **PETITIONER**
**Reg #14877-075**

**v.**                          **CASE NO. 2:10cv00136 BSM/BD**

**T.C. OUTLAW, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                               **RESPONDENT**

## JUDGMENT

Consistent with the order that was entered today, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 27th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE